```
CRAIG R. DELK, ESQ.
Nevada Bar No. 2295
THORNDAL ARMSTRONG DELK
  BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, Nevada 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel: (702) 366-0622
Fax: (702) 366-0327
cdelk@thorndal.com
Attorneys for Defendant,
THE STANDARD FIRE INSURANCE COMPANY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT KOEHLER, individually, and AMANDA KOEHLER, individually,<br><br>          Plaintiffs,<br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a foreign corporation; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>          Defendants. | Case No. 2:16-cv-00020-JCM-CWH |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Bryan H. Blackwell, Esq. on behalf of Plaintiffs, BRETT KOEHLER and AMANDA KOEHLER, and Craig R. Delk, Esq. on behalf of Defendant,

-1-

THE STANDARD FIRE INSURANCE COMPANY, that Plaintiffs' Complaint may be dismissed, with prejudice, each party to bear their own fees and costs.

DATE: 1/27/16                              DATE: 2/1/16

RICHARD HARRIS LAW FIRM                    THORNDAL ARMSTRONG DELK
                                           BALKENBUSH & EISINGER

Bryan H. Blackwell, Esq.                   Craig R. Delk, Esq.
Nevada Bar No. 12558                       Nevada Bar No. 2295
801 S. Fourth Street                       1100 East Bridger Avenue
Las Vegas, NV 89101                        Las Vegas, NV 89101
Attorneys for Plaintiffs                   Attorneys for Defendant

**ORDER**

IT IS SO ORDERED February 3, 2016.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

THORNDAL, ARMSTRONG, DELK,
 BALKENBUSH & EISINGER

_____
Craig R. Delk, Esq.
1100 E. Bridger Avenue
Las Vegas, NV 89101
Attorneys for Defendant

-2-